PROB 12B
(7/93)

Report Date:  February 25, 2008

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 29 2008

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  Joe Ignacio Castilleja          Case Number: 2:99CR02011-001

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle

Date of Original Sentence:  8/31/1999          Type of Supervision: Supervised release

Original Offense: Accessory After the Fact-Murder,          Date Supervision Commenced: 2/20/2008
18 U.S.C. § 1111

Original Sentence:  Prison - 125 Months; TSR - 36          Date Supervision Expires: 2/19/2011
Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

17      You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an
        approved substance abuse treatment program, including aftercare.  You shall contribute to the cost of
        treatment according to your ability.  You shall allow full reciprocal disclosure between the supervising
        probation officer and treatment provider.

18      You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as
        directed by the supervising probation officer, but no more than six tests per month, in order to confirm
        continued abstinence from these substances.

19      You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as
        directed by the supervising probation officer, but no more than six tests per month, in order to confirm
        continued abstinence from this substance.

### CAUSE

The petition for modification of the conditions of supervised release is made due to the defendant's history of illegal
drug use.  While serving his sentence, Mr. Castilleja completed the 40-hour drug and alcohol education program.
Since his release, he has been referred to Merit Resource Service for a drug and alcohol evaluation.

Mr. Castilleja was advised of the potential impact this modification could have on his supervision, and he
acknowledged this understanding verbally and with his signature. I am requesting his conditions regarding drug and
alcohol treatment and testing be modified as noted in this petition in order to be in compliance with Ninth Circuit
Case Law.

Prob 12B
**Re: Castilleja, Joe Ignacio**
**February 25, 2008**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     February 25, 2008

Jose Zepeda
U.S. Probation Officer

THE COURT ORDERS

[  ]     No Action
[  ]     The Extension of Supervision as Noted Above
[X]     The Modification of Conditions as Noted Above
[  ]     Other

Signature of Judicial Officer

February 28, 2008

Date